UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE GRIFFIN,<br><br>  Petitioner,<br><br>  v.<br><br>JOEL D. MARTINEZ,<br><br>  Respondent. | Case No. 1:17-cv-01137-DAD-JDP<br><br>ORDER REQUIRING PETITIONER TO FILE REGULAR STATUS REPORTS<br><br>ECF No. 19 |

Petitioner Robert Lee Griffin, a state prisoner proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. On October 12, 2017, petitioner filed a motion to stay the federal habeas proceedings until his state court habeas remedies have been exhausted. ECF No. 9. On June 25, 2018, this court granted petitioner's motion to stay the proceedings and ordered petitioner to file a status report every 90 days detailing his progress in exhausting his claims in state court. ECF No. 19. Petitioner filed status reports on September 17, 2018, ECF No. 20, and on January 2, 2019, ECF No. 21. Petitioner has failed to file a status report for the past ten months. I order the petitioner to file status reports every 90 days, the first of which is due within the next thirty days, detailing his progress in exhausting his state-court remedies.

IT IS SO ORDERED.

Dated: October 29, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 206