1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBERT LEE GRIFFIN,                        Case No.   1:17-cv-01137-DAD-JDP

12                      Petitioner,              ORDER TO SHOW CAUSE WHY PETITION
                                                 SHOULD NOT BE DISMISSED FOR
13           v.                                  FAILURE TO PROSECUTE AND FAILURE
                                                 TO COMPLY WITH A COURT ORDER
14    JOEL D. MARTINEZ,
                                                 OBJECTIONS DUE IN FOURTEEN DAYS
15                      Respondent.
                                                 ECF No. 19
16

17           Petitioner Robert Lee Griffin, a state prisoner without counsel, seeks a writ of habeas

18    corpus under 28 U.S.C. § 2254.  ECF No. 1.  On June 25, 2018, the court granted petitioner's

19    motion to stay his petition and hold it in abeyance, pending exhaustion of his state court remedies.

20    ECF No. 19.  Petitioner was ordered to file a status report every 90 days, detailing his progress in

21    exhausting his claims.  *Id*. at 2.  Petitioner was ordered to file a motion to lift the stay and an

22    amended petition within 30 days of the California Supreme Court issuing a final order resolving

23    his unexhausted claims.  *Id*.

24           The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with a

25    court order.  *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d

26    683, 689 (9th Cir. 2005).  Involuntary dismissal is a harsh penalty, but a court has a duty to

27    resolve disputes expeditiously.  *See* Fed. R. Civ. P. 1; *Pagtalunan v. Galaza*, 291 F.3d 639, 642

28    (9th Cir. 2002).

                                                        1

1       Here, petitioner has failed to file regular status reports with the court.  In petitioner's

2 November 15, 2019 status report, he stated that the California Supreme Court ruled on his

3 unexhausted claims in June 2019 and that his amended petition was forthcoming.  We have not

4 received an amended petition and more than 30 days have passed since petitioner's claims were

5 fully exhausted.  Therefore, we will order petitioner to show cause why his case should not be

6 dismissed for his failure to prosecute and failure to comply with a court order.

7 **Order**

8       We order petitioner to show cause why his petition should not be dismissed.  If petitioner

9 wishes to continue seeking habeas relief, he should respond to this order within fourteen days

10 from the date of service with an amended petition.  The clerk's office is directed to send

11 petitioner a blank habeas petition form.

12

13 IT IS SO ORDERED.

14

Dated:  ___February 24, 2020___          _____

15                                      UNITED STATES MAGISTRATE JUDGE

16

17 No. 206.

18

19

20

21

22

23

24

25

26

27

28