1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT LEE GRIFFIN,                    No.  1:17-cv-01137-DAD-HBK (HC)

12             Petitioner,

13        v.                                ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS AND DENYING
14   JOEL D. MARTINEZ,                      PETITION FOR WRIT OF HABEAS
                                            CORPUS
15             Respondent.
                                            (Doc. No. 44)
16

17        Petitioner Robert Lee Griffin is a state prisoner proceeding *pro se* with a petition for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On September 9, 2021, the assigned magistrate judge issued findings and

21   recommendations recommending that the pending petition for federal habeas relief (Doc. No. 1)

22   be denied on the merits.  (Doc. No. 44.)  Those findings and recommendations were served on all

23   parties and contained notice that any objections thereto were to be filed within fourteen (14) days

24   from the date of service.  (*Id*. at 29–30.)  No objections have been filed and the time in which to

25   do so has now passed.

26        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

27   court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

28   court finds the findings and recommendations to be supported by the record and proper analysis.

1

Having found that petitioner is not entitled to habeas relief, the court now turns to whether a certificate of appealability should issue.  A prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, as an appeal is only allowed under certain circumstances.  28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 335-336 (2003).  In addition, Rule 11 of the Rules Governing Section 2254 Cases requires that a district court issue or deny a certificate of appealability when entering a final order adverse to a petitioner.  *See also* Ninth Circuit Rule 22-1(a); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).  If, as here, a court denies a petition for a writ of habeas corpus, the court may only issue a certificate of appealability when "the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  To make a substantial showing, the petitioner must establish that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'"  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).  Petitioner has not made such a showing.  Therefore, the court declines to issue a certificate of appealability.

Accordingly,

1.    The findings and recommendations issued on September 9, 2021 (Doc. No. 44) are adopted in full;

2.    This petition for writ of habeas corpus (Doc. No. 1) is denied;

3.    The court declines to issue a certificate of appealability; and

4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 29, 2021**                          _____

UNITED STATES DISTRICT JUDGE